IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Theresa L. Hopkins,              :

    Plaintiff,               :

 v.                               :     Case No. 2:07-cv-0429

Michael J. Astrue, Commissioner        JUDGE MARBLEY
of Social Security,              :

    Defendant.               :

### ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on May 1, 2008. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  The plaintiff's statement of errors is overruled and judgment is entered in favor of the defendant Commissioner.

                                                            s/Algenon L. Marbley
                                                             Algenon L. Marbley
                                                            United States District Judge